# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **DEBRA LORENZO,** ) <br> **GUY LORENZO, and** ) <br> **MICHAEL LORENZO** ) <br>         Plaintiffs, ) <br> ) <br> v.  ) <br> ) <br> **MERCANTILE ADJUSTMENT** ) <br> **BUREAU, LLC** ) <br>         Defendant, ) <br> ) | Civil Action No. 1:15-cv-11579-ADB |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiffs anticipate filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: June 9, 2015

                                                RESPECTFULLY SUBMITTED:

                                                /s/ Kevin V. K. Crick
                                                Kevin V. K. Crick, Esq.
                                                Rights Protection Law Group, PLLC
                                                8 Faneuil Hall Marketplace, Third Floor
                                                Boston, MA 02109
                                                Phone: (978) 420-4068
                                                Fax: (857) 488-4062
                                                Email: k.crick@rightsprotect.com
                                                Attorney for Plaintiff

**PROOF OF SERVICE**

I hereby certify that on June 9, 2015, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email.  Parties may access this filing through the court's system.

/s/ Kevin V. K. Crick, Esq.